No. 81–1509.   HINDS ET AL. *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 81–1510.   MCLAUGHLIN ET AL. *v.* UNITED STATES;
No. 81–6198.   TOUCHARD *v.* UNITED STATES; and
No. 81–6199.   TOUCHARD *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   Reported below: 667 F. 2d 1029.

No. 81–1518.   HAYDEL *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 81–1530.   WOODARD *v.* MARSH, SECRETARY OF THE ARMY.   C. A. 5th Cir.   Certiorari denied.

No. 81–1542.   MAZALESKI *v.* SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.   C. A. D. C. Cir. Certiorari denied.

No. 81–1567.   FAGREY *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 81–5017.   EDWARDS *v.* UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 81–5614.   WEST *v.* OKLAHOMA.   Ct. Crim. App. Okla.   Certiorari denied.

No. 81–5682.   PASSMAN *v.* BLACKBURN, WARDEN, LOUISIANA STATE PENITENTIARY.   C. A. 5th Cir.   Certiorari denied.

No. 81–5756.   FASICK *v.* HILTON, WARDEN, TRENTON STATE PRISON.   C. A. 3d Cir.   Certiorari denied.

No. 81–5759.   SANDERS *v.* OKLAHOMA.   Ct. Crim. App. Okla.   Certiorari denied.